IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Vonetta Nichelle Harris | ) | Chapter 13 |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Bk. No.: 15-30763 |
| | ) | |

<u>CHAPTER 13 TRUSTEE'S OBJECTION TO THE
PROOF OF CLAIM OF CAVALRY SPV I LLC (Claim # 15)</u>

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

    COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee and, pursuant to 11 U.S.C. Section 502(b)(1), files this his Objection to the secured Proof of Claim of CAVALRY SPV I LLC and in support thereof would respectfully show unto this Court the following:

    1.  CAVALRY SPV I LLC (the "Creditor") filed its Proof of Claim on or about August 31, 2015. Furthermore, the Creditor has filed the instant claim as secured, the basis of which is apparently a perfected security interest in Household Goods.

    2.  Notwithstanding its assertion to the contrary, the Creditor has failed to attach evidence of its perfected security interest as required by FRBP 3001(d).

    3.  Without evidence of the perfection of the Creditor's security interest, the undersigned would show this Court that the Creditor's alleged status as a secured creditor cannot be determined.  As such, the Trustee requests this Court to reclassify the Creditor's Proof of Claim as a general unsecured claim.

    WHEREFORE, PREMISES CONSIDERED, Russell C. Simon, Chapter 13 Trustee, prays that upon final hearing of this matter, the Court enter an Order reclassifying the Proof of Claim of CAVALRY SPV I LLC, to a general unsecured claim and that he have such other and further relief, both at law and in equity, to which he may show himself justly entitled.

    **/s/ Russell C. Simon**
    RUSSELL C. SIMON, Trustee
    Chapter 13 Trustee
    24 Bronze Pointe
    Swansea, Illinois  62226
    Telephone: (618) 277-0086
    Telecopier: (618) 234-0124

Dated: September 10, 2015
RLS

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to the Proof of Claim of CAVALRY SPV I LLC was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, September 10, 2015.

/s/Rebecca

Vonetta Nichelle Harris
P. O. BOX 23644
Belleville, IL  62223


DIXON AND JOHNSTON
101 WEST MAIN ST
BELLEVILLE, IL 62220


CAVALRY SPV I LLC
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712